UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

24-20292-CR-MARTINEZ/SANCHEZ

CASE NO. _____

18 U.S.C. § 844(i)
26 U.S.C. § 5861(d)
18 U.S.C. § 981(a)(1)(c)
18 U.S.C. § 981(a)(2)(B)
18 U.S.C. § 844(c)
26 U.S.C. § 5872
49 U.S.C. § 80303

FILED BY _____MP_____ D.C.

Jul 10, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

MIGUEL REYES and
ALBERTO GONZALEZ,

      Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Arson
### (18 U.S.C. §§ 844(i))

On or about March 22, 2024, in Miami-Dade County, in the Southern District of Florida, the defendants,

**MIGUEL REYES
and ALBERTO GONZALEZ,**

did maliciously damage and destroy, and attempt to damage and destroy, and cause to be damaged and destroyed, by means of fire and explosive, a building and real property used in any activity affecting interstate and foreign commerce, that is, a barbershop, located in Hialeah, Florida, in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 2
### Possession of an Unregistered Firearm
### (26 U.S.C. § 5861(d))

On or about March 22, 2024, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ALBERTO GONZALEZ,**

did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845(a)(8) and (f), that is, a destructive device, commonly referred to as a "Molotov cocktail," which firearm was not registered to the defendant in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **MIGUEL REYES** and **ALBERTO GONZALEZ**, have an interest.

2. Upon conviction of Title 18, United States Code, Section 844, as alleged in this Indictment, the defendants shall forfeit to the United States: (i) any property, real or personal, which constitutes or is derived from gross proceeds traceable to such offenses, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(B); and (ii) any explosive materials involved or used or intended to be used in such offense, pursuant to Title 18, United States Code, Section 844(c).

3. Upon conviction of a violation of Title 26, United States Code, Section 5861, as alleged in this Indictment, the defendants shall forfeit to the United States any firearm involved in

or used in the commission of such offense, pursuant to Title 26, United States Code, Section 5872, and any aircraft, vehicle, or vessel involved in or used in the commission of such offense, pursuant to Title 49, United States Code, Section 80303.

All pursuant to Title 18, United States Code, Section 844; Title 26, United States Code, Section 5872; Title 49, United States Code, Section 80303; and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
ILANA MALKIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MIGUEL REYES and ALBERTO GONAZALEZ,

Defendants.
_____/

CASE NO.: 24-20292-CR-MARTINEZ/SANCHEZ

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take 5 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☒ 0 to 5 days
   II  ☐ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of April 2, 2024 (Gonzalez)
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Ilana Malkin
Assistant United States Attorney
Court ID No.   A5503170

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendants' Names**: MIGUEL REYES

**Case No**: _____

Count #: 1

Arson

Title 18, United States Code, Sections 844(i) and 2
* **Max. Term of Imprisonment: Twenty Years**
* **Mandatory Min. Term of Imprisonment (if applicable): Five Years**
* **Max. Supervised Release: Three Years**
* **Max. Fine: $250,000**

***Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendants' Names**: ALBERTO GONZALEZ

**Case No**: _____

Count #: 1

Arson

Title 18, United States Code, Sections 844(i) and 2
* **Max. Term of Imprisonment: Twenty Years**
* **Mandatory Min. Term of Imprisonment (if applicable): Five Years**
* **Max. Supervised Release: Three Years**
* **Max. Fine: $250,000**

Count #: 2

Possession of an Unregistered Firearm

Title 26, United States Code, Section 5861(d)
* **Max. Term of Imprisonment: Ten Years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three Years**
* **Max. Fine: $10,000**

*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.